IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20200
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAY McADAMS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-166-1
- - - - - - - - - -
December 10, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Ray McAdams appeals his conviction and sentence for

conspiracy to possess cocaine base with intent to distribute and

possession of cocaine base with intent to distribute, in

violation of 21 U.S.C. §§ 846 and 841(a)(1). He argues that the

district court erred in denying his motion to suppress the

cocaine base that was seized and the oral and written statements

he made to police officers following the seizure.

We have reviewed the record and the briefs of the parties

and conclude that the district court did not err in denying

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

McAdams' motion to suppress evidence.  See United States v. Reyes, 792 F.2d 536, 539 (5th Cir. 1986).  The district court did not clearly err in determining that, under the totality of the circumstances, McAdams gave valid consent to search his suitcase, see United States v. Kelley, 981 F.2d 1464, 1470 (5th Cir. 1993), nor did the district court err in concluding that the written statement McAdams gave following his arrest was voluntarily made following a valid waiver of rights under Miranda v. Arizona, 384 U.S. 436 (1966).  See United States v. Hall, 152 F.3d 381, 424 (5th Cir. 1998); United States v. Andrews, 22 F.3d 1328, 1337 (5th Cir. 1994).  The judgment of the district court is AFFIRMED.

H:\MCADAMS.OP